# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED
2011 JUN -2 E-filing
CLERK RICHARD
NORTHERN U S
WIEKING
DISTRICT COURT
CALIFORNIA
P 2: 26

UNITED STATES OF AMERICA,

V.

# CR 11 0358 SI

IVAN SCOTT ODAY,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition
18 U.S.C. § 924(d) - Forfeiture of Firearm and Ammunition

A true bill.

_____
Foreman

Filed in open court this 2nd day of
June 2011

Dora Klein
_____
Clerk

Bail, $ no bail

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

──── OFFENSE CHARGED ────

Count One: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition
Forefeiture Allegation: 18 U.S.C. § 924(d) - Forfeiture of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Maximum term of imprisonment of 10 years; Maximum term of supervised release of 3 years; Maximum fine of $250,000; Forfeiture; Mandatory Special Assessment of $100

──── PROCEEDING ────

Name of Complainant Agency, or Person (& Title, if any)

ATF, Senior Special Agent Robert C. Tucker

☑ person is awaiting trial in another Federal or State Court, give name of court

Marin County

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    ☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person Furnishing Information on this form  Melinda Haag

☑ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Brigid S. Martin

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

E-filing

──── DEFENDANT ────

IVAN SCOTT ODAY

DISTRICT COURT NUMBER

CR 11 0358 SI

──── DEFENDANT ────

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☑ State

6) ☑ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Marin County Jail

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

DATE OF ARREST  3/28/2011  ▸ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ▸ Month/Day/Year

☐ This report amends AO 257 previously submitted

──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount:  NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:



1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION    0 3 5 8 

12

13  UNITED STATES OF AMERICA,          )    No.
                                       )
14        Plaintiff,                   )    VIOLATIONS: Title 18, United States
                                       )    Code, Section 922(g)(1) – Felon in
15        v.                           )    Possession of a Firearm and Ammunition;
                                       )    Title 18, United States Code, Section 924(d)
16  IVAN SCOTT ODAY,                   )    – Forfeiture of Firearm and Ammunition
                                       )
17        Defendant.                   )    SAN FRANCISCO VENUE
    _____)

18

19                          I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

22        On or about March 28, 2011, in the Northern District of California, the defendant,

23                          IVAN SCOTT ODAY,

24  having previously been convicted of a crime punishable by a term of imprisonment exceeding

25  one year, did knowingly possess a firearm, described as a High Standard Model R-103 .22 caliber

26  revolver, serial number 1283562; and ninety-three (93) rounds of .22 caliber ammunition,

27  in and affecting interstate and foreign commerce, in violation of Title 18, United States Code,

28  Section 922(g)(1).

    INDICTMENT

1 | <u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 924(d)(1) – Firearm and Ammunition Forfeiture)

2 |     1.     The factual allegations contained in Count One of this Indictment are realleged

3 | and by this reference fully incorporated herein for the purpose of alleging forfeiture

4 | pursuant to the provisions of 18 U.S.C. § 924(d)(1).

5 |     2.     Upon a conviction of the offense alleged in Count One above, the defendant,

6 |                     IVAN SCOTT ODAY,

7 | shall forfeit to the United States any firearm, silencer, or ammunition involved in or used in any

8 | knowing violation of said offense, including but not limited to the following property:

9 |           a.     one High Standard Model R-103 .22 caliber revolver, serial number

10 |                1283562; and

11 |           b.     ninety-three (93) rounds of .22 caliber ammunition;

12 |     All in violation of Title 18, United States Code, Section 924(d)(1).

13 |

14 | DATED: _June 2, 2011_             A TRUE BILL.

15 |

16 |                                      _____

17 |                            FOREPERSON

18 | MELINDA HAAG
     United States Attorney

19 |

20 |

21 |      _____

22 | ROBERT D. REES
     Deputy Chief, Strike Force/Violent Crimes

23 |

24 | (Approved as to form: _BSMartin_ )
                           AUSA Martin

25 |

26 |

27 |

28 |

INDICTMENT