1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5    450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-7021
     Fax: (415) 436-7234
7    E-Mail: brigid.martin@usdoj.gov

8  Attorneys for Plaintiff

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 11-0358 SI
14                                    )
           Plaintiff,                 )
15                                    )    [PROPOSED] ORDER EXCLUDING
        v.                            )    TIME UNDER THE SPEEDY TRIAL ACT,
16                                    )    18 U.S.C. § 3161(h)(7)(A) & (B)(iv)
   IVAN SCOTT ODAY,                   )
17                                    )
           Defendant.                 )
18                                    )
                                      )
19

20       The parties appeared before the Court on June 7, 2011, for initial appearance and

21 arraignment on the indictment in the above-captioned case.  Assistant United States Attorney

22 Brigid Martin appeared on behalf of the United States, and Assistant Federal Public Defender

23 Rita Bosworth appeared for the defendant, who was in custody.  The matter was set over for a

24 detention hearing on June 14, 2011.

25       The parties agreed that the time between June 7, 2011 through June 14, 2011, be excluded

26 from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), to provide counsel

27 for the defendant reasonable time necessary for effective preparation.  18 U.S.C. § 3161(h)(7)(A)

28 [PROPOSED] ORDER
   EXCLUDING TIME
   CR 11-0358 SI

-2-

1  & (B)(iv).

2    Based upon the representation of counsel and for good cause shown, the Court finds that
3  failing to exclude the time between June 7, 2011 and June 14, 2011 would unreasonably deny
4  counsel the reasonable time necessary for effective preparation, taking into account the exercise
5  of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice
6  served by excluding the time between June 7, 2011 and June 14, 2011 from computation under
7  the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between June 7, 2011 and June 14, 2011
9  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
10 (B)(iv).

13 DATED: _____06/09/11_____      _____
14                                  HON. JO[SEPH C. SPERO]
                                     United S[tates Magistrate Judge]

[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]

28 [PROPOSED] ORDER
EXCLUDING TIME
CR 11-0358 SI